**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Physicians Imaging-Mt. Dora, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | **19-03091** |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................  $ **58,518.25**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................  $ **1,081,326.23**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................  $ **1,139,844.48**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................  $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................  $ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................  +$ **3,704,985.84**

4. **Total liabilities** .................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                             $ **3,704,985.84**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Physicians Imaging-Mt. Dora, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | **19-03091** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1: Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| | All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America Business Checking** | **Checking** | **0156** | **$20,436.19** |
| 3.2. | **Baker & Hostetler LLP<br>200 S. Orange Avenue<br>Suite 2300<br>Orlando, FL 32801** | **Trust Account** | | **$117,469.28** |
| 3.3. | **Lake County Court Registry** | **Court Registry** | | **$88,101.96** |
| 3.4. | **Lake County Circuit Court Registry** | **Court Registry** | | **$44,050.98** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**              **$270,058.41**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

---

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 1

Debtor  **Physicians Imaging-Mt. Dora, LLC**                                           Case number (If known) **19-03091**
        Name

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   7.1. **City of Mount Dora utility deposit**                                                              **$5,000.00**

   7.2. **Alpha Partners rent deposit**                                                                     **$12,000.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**                                                                                     **$17,000.00**
   Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11b. Over 90 days old:     **748,397.16**     -     **603,273.99**     =....     **$145,123.17**
                                face amount              doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                                    **$145,123.17**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

Debtor  **Physicians Imaging-Mt. Dora, LLC**  Case number *(If known)* **19-03091**
Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** <br> Office furniture and fixtures | $7,148.55 | | $7,148.55 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | | $7,148.55 |
|---|---|---|---|
| | Add lines 39 through 42. Copy the total to line 86. | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** <br> Medical Equipment | $641,996.10 | | $641,996.10 |

| 51. | **Total of Part 8.** | | $641,996.10 |
|---|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No

| Debtor | **Physicians Imaging-Mt. Dora, LLC** | Case number (If known) | **19-03091** |
|---|---|---|---|
| | Name | | |

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. Leasehold Improvements | | $58,518.25 | | $58,518.25 |

**56. Total of Part 9.**      **$58,518.25**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **Physicians Imaging-Mt. Dora, LLC**  Case number *(If known)*  **19-03091**
      Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $270,058.41 | |
| 81. | **Deposits and prepayments.** Copy line 9, Part 2. | $17,000.00 | |
| 82. | **Accounts receivable.** Copy line 12, Part 3. | $145,123.17 | |
| 83. | **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. | **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85. | **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $7,148.55 | |
| 87. | **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $641,996.10 | |
| 88. | **Real property.** Copy line 56, Part 9.........> | | $58,518.25 |
| 89. | **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. | **All other assets.** Copy line 78, Part 11. | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $1,081,326.23   + 91b. | $58,518.25 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,139,844.48 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Physicians Imaging-Mt. Dora, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | **19-03091** |

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Physicians Imaging-Mt. Dora, LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | 19-03091 |

☐ Check if this is an amended filing

Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:  List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

**Part 2:  List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**626 Holdings, LLC**<br>**1395 NW 17th Ave**<br>**Suite 113-114**<br>**Delray Beach, FL 33445**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **ultrasound machine rental**<br>Is the claim subject to offset? ■ No  ☐ Yes | | $0.00 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**ABC Billing**<br>**4270 NW 103 Drive**<br>**Coral Springs, FL 33065**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **insurance billing services**<br>Is the claim subject to offset? ■ No  ☐ Yes | | $5,837.32 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**ACR**<br>**1891 Preston White Dr**<br>**Reston, VA 20191**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **for notice purposes**<br>Is the claim subject to offset? ■ No  ☐ Yes | | $0.00 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**ADT Security Services, Inc**<br>**PO Box 371967**<br>**Pittsburgh, PA 15250-7967**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **security system services**<br>Is the claim subject to offset? ■ No  ☐ Yes | | $0.00 |

Debtor **Physicians Imaging-Mt. Dora, LLC**  Case number (if known) **19-03091**

| | | |
|---|---|---|
| **3.5** | **Nonpriority creditor's name and mailing address**<br>Advanced Imaging Services<br>6124 Huntingdale Circle<br>Stockton, CA 95219<br><br>Date(s) debt was incurred<br>Last 4 digits of account number | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **machine repair services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$22,500.00** |
| **3.6** | **Nonpriority creditor's name and mailing address**<br>AFLAC<br>Attn: Remittance Processing<br>1932 Wynnton Road<br>Columbus, GA 31999-0797<br><br>Date(s) debt was incurred<br>Last 4 digits of account number | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **insurance**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| **3.7** | **Nonpriority creditor's name and mailing address**<br>AGFA Healthcare<br>CCC<br>PO Box 141<br>Naperville, IL 60566<br><br>Date(s) debt was incurred<br>Last 4 digits of account number | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **for notice purposes**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| **3.8** | **Nonpriority creditor's name and mailing address**<br>AHCA Health Care Clinic Unit<br>MS#53<br>2727 Mahan Drive<br>Tallahassee, FL 32308<br><br>Date(s) debt was incurred<br>Last 4 digits of account number | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **for notice purposes**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| **3.9** | **Nonpriority creditor's name and mailing address**<br>Airgas South, Inc.<br>PO Box 532609<br>Atlanta, GA 30353<br><br>Date(s) debt was incurred<br>Last 4 digits of account number | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **gas rental**<br>Is the claim subject to offset? ■ No ☐ Yes | **$36.17** |
| **3.10** | **Nonpriority creditor's name and mailing address**<br>Alpha Partners, LLC<br>2101 Prevatt Street<br>Eustis, FL 32726<br><br>Date(s) debt was incurred<br>Last 4 digits of account number | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **landlord**<br>Is the claim subject to offset? ■ No ☐ Yes | **$251,785.14** |
| **3.11** | **Nonpriority creditor's name and mailing address**<br>AMA<br>Order Department<br>PO Box 930876<br>Atlanta, GA 31193-0876<br><br>Date(s) debt was incurred<br>Last 4 digits of account number | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **for notice purposes**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | Physicians Imaging-Mt. Dora, LLC | Case number (if known) | 19-03091 |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** <br> **Amanda Maxwell** <br> **1350 N. Highway 113** <br> **Carrollton, GA 30117** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __bookkeeper__ <br><br> Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** <br> **City of Mount Dora** <br> **PO Box 176** <br> **Mount Dora, FL 32756-0176** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __utilities__ <br><br> Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.14 | **Nonpriority creditor's name and mailing address** <br> **Comcast** <br> **PO Box 71311** <br> **Charlotte, NC 28272-1211** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __utilities__ <br><br> Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.15 | **Nonpriority creditor's name and mailing address** <br> **Crystal Springs** <br> **PO Box 660579** <br> **Dallas, TX 75266-0579** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __water supplier__ <br><br> Is the claim subject to offset? ■ No  ☐ Yes | $74.77 |
| 3.16 | **Nonpriority creditor's name and mailing address** <br> **CT Corporation** <br> **PO Box 4349** <br> **Carol Stream, IL 60197-4349** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __for notice purposes__ <br><br> Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.17 | **Nonpriority creditor's name and mailing address** <br> **CT Corporation System** <br> **Delaware Secretary of State** <br> **PO Box 5509** <br> **Binghamton, NY 13902** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __for notice purposes__ <br><br> Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.18 | **Nonpriority creditor's name and mailing address** <br> **DOH X-Ray Registration** <br> **Bureau of Radiation Control** <br> **4052 Bald Cypress Way** <br> **Bin C21** <br> **Tallahassee, FL 32399** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __for notice purposes__ <br><br> Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |

Debtor  **Physicians Imaging-Mt. Dora, LLC**                            Case number (if known)   19-03091
        Name

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**FDA-MQSA Program**<br>**PO Box 979109**<br>**Saint Louis, MO 63197-9000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **for notice purposes**<br>Is the claim subject to offset? ■ No  ☐ Yes — $0.00 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Federal Express**<br>**8620-2**<br>**PO Box 660481**<br>**Dallas, TX 75266-0481**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **delivery services**<br>Is the claim subject to offset? ■ No  ☐ Yes — $25.86 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Florida Dept. of Health**<br>**Bureau of Radiation Control**<br>**4052 Bald Cypress Way**<br>**Bin C21**<br>**Tallahassee, FL 32399**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **for notice purposes**<br>Is the claim subject to offset? ■ No  ☐ Yes — $0.00 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Florida Dept. of Revenue**<br>**Bankruptcy Unit**<br>**Post Office Box 6668**<br>**Tallahassee, FL 32314-6668**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **for notice purposes**<br>Is the claim subject to offset? ■ No  ☐ Yes — Unknown |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Global**<br>**Orion Payment Systems**<br>**14340 Torrey Chase**<br>**Suite 170**<br>**Houston, TX 77014**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes — $0.00 |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Guerbet**<br>**Dept 3917**<br>**Carol Stream, IL 60132**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **contrast medical supplier**<br>Is the claim subject to offset? ■ No  ☐ Yes — $0.00 |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Image Net**<br>**913 North Braodway Ave**<br>**Oklahoma City, OK 73102**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **printer contract**<br>Is the claim subject to offset? ■ No  ☐ Yes — $3,363.42 |

Debtor **Physicians Imaging-Mt. Dora, LLC**                               Case number (if known) **19-03091**
      Name

| 3.26 | **Nonpriority creditor's name and mailing address**<br>**ImageFirst Healthcare**<br>**Laundry Specialists**<br>**PO Box 18139**<br>**Clearwater, FL 33762**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **medical gown cleaning services**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$297.91** |
|---|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Internal Revenue Service**<br>**Centralized Insolvency Ops**<br>**PO Box 7346**<br>**Philadelphia, PA 19101**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **for notice purposes**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Jeff Diamond**<br>**62 NE Second Street**<br>**Webster, FL 33597**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **required PM service**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,198.00** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Lake County Tax Collector**<br>**Attn: Bob McKee**<br>**Post Office box 327**<br>**Tavares, FL 32778-0327**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **for notice purposes**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Lake Town Center POA, Inc.**<br>**PO Box 105302**<br>**Atlanta, GA 30348**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **CAM fees**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,683.98** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Linde, LLC**<br>**88718 Expedite Way**<br>**Chicago, IL 60695-1700**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **helium supplier**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Mark Seddon, DABR**<br>**PO Box 1779**<br>**Winter Park, FL 32789**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **inspection services**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,000.00** |

Debtor **Physicians Imaging-Mt. Dora, LLC**  
Name

Case number (if known) **19-03091**

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**McKesson Medical Surgical**<br>**PO Box 740215**<br>**Cincinnati, OH 45274-0215**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **medical supplies**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$4,375.95** |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Mirion**<br>**PO Box 101301**<br>**Pasadena, CA 91189-0005**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **film badges**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$75.00** |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Physicians Imaging Lake City**<br>**PO Box 2908**<br>**Key West, FL 33045**<br>Date(s) debt was incurred **1/11/2010-5/2/2019**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **loan**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$64,482.42** |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Physicians Imaging, LLC**<br>**PO Box 2908**<br>**Key West, FL 33045**<br>Date(s) debt was incurred **1/1/2008-5/1/2019**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **loan**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$266,468.80** |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Physicians Imaging, LLC**<br>**PO Box 2908**<br>**Key West, FL 33045**<br>Date(s) debt was incurred **10/31/2009-12/31/2015**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **pro-rata share of management fees**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$567,238.09** |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Physicians Imaging, LLC**<br>**PO Box 2908**<br>**Key West, FL 33045**<br>Date(s) debt was incurred **6/1/2007-12/30/2017**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **initial business start-up loan**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$1,876,246.03** |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Physicians Imaging, LLC**<br>**PO Box 2908**<br>**Key West, FL 33045**<br>Date(s) debt was incurred **6/30/2007-12/31/2016**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **interest on start-up loan**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$439,511.20** |

Debtor  **Physicians Imaging-Mt. Dora, LLC**                              Case number (if known)  19-03091
        Name

| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Physicians Imaging, LLC**<br>PO Box 2908<br>Key West, FL 33045<br><br>Date(s) debt was incurred  **7/18/2007-5/8/2019**<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **pro-rata share of intercompoany operating expenses**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$156,174.46** |
|---|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Radiographic Engineering**<br>PO Box 2577<br>Pinellas Park, FL 33780<br><br>Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **equipment repair services**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$612.50** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Sereine**<br>2408 Valhalla Drive<br>Tavares, FL 32778<br><br>Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **IT services**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Shred It**<br>28883 Network Place<br>Chicago, IL 60673<br><br>Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **waste services**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$58.85** |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Staples Business Advantage**<br>PO Box 105748<br>Atlanta, GA 30348-5748<br><br>Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **office supplies**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$225.94** |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Stericycle, Inc.**<br>PO Box 6582<br>Carol Stream, IL 60197-6582<br><br>Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **medical waste services**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Taylor'd Temps, LLC**<br>PO Box 1698<br>Mount Dora, FL 32756<br><br>Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **radiology technician personnel services**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,610.83** |

Debtor **Physicians Imaging-Mt. Dora, LLC**  
Name  

Case number (if known) **19-03091**

| | | |
|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**Total Medical Imaging, LLC**<br>**17501 Biscayne Blvd**<br>**Suite 540**<br>**Aventura, FL 33160**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*  $36,103.20<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **radiologist reading services**<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**VOTRAK, INC.**<br>**PO Box 160129**<br>**Altamonte Springs, FL 32716-0129**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **mammogram reading**<br>Is the claim subject to offset?  ■ No  ☐ Yes |

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.    $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  + $ | 3,704,985.84 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.    $ | 3,704,985.84 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Physicians Imaging-Mt. Dora, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | **19-03091** |

☐ Check if this is an amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **rental/purchase agreement for ultrasound machine** | |
| | State the term remaining | | **626 Holdings, LLC** |
| | List the contract number of any government contract | | **1395 NW 17th Ave Suite 113-114 Delray Beach, FL 33445** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **medical billing contract** | |
| | State the term remaining | **evergreen** | **ABC Billing** |
| | List the contract number of any government contract | | **4270 NW 103 Drive Coral Springs, FL 33065** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **medical insurance contract** | |
| | State the term remaining | **evergreen** | **Access Healthnet, LLC Jim Kolb, President 105 W. Michagan Streeet 10th Floor Milwaukee, WI 53203** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **medical insurance contract** | |
| | State the term remaining | **evergreen** | **Aetna Health Inc. Network Management 1060 Maitland Center Commons Parkway, Suite 450 Maitland, FL 32751** |
| | List the contract number of any government contract | | |

| Debtor 1 | Physicians Imaging-Mt. Dora, LLC | | Case number *(if known)* | **19-03091** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **medical insurance contract** | |
| | State the term remaining | **evergreen** | **AvMed, Inc.**<br>**Regional VP - David Butler**<br>**1511 N. Westshore Blvd.**<br>**Suite 450**<br>**Tampa, FL 33607** |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **laundry services contract** | |
| | State the term remaining | | **Berstein-Ryan, LLC d/b/a**<br>**ImageFirst Healthcare**<br>**Laundry Specialists**<br>**13161 56th Court North, #207**<br>**Clearwater, FL 33760** |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **medical insurance contract** | |
| | State the term remaining | **evergreen** | **Blue Cross and Blue Shield of Florida, Inc.**<br>**Corporate Office**<br>**4800 Deerfield Campus Pkwy**<br>**Jacksonville, FL 32246** |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **medical insurance contract** | |
| | State the term remaining | **evergreen** | **CarePlus**<br>**attn: Provider Operations**<br>**11430 NW 20th Street**<br>**Suite 300**<br>**Doral, FL 33172** |
| | List the contract number of any government contract | | |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **medical insurance contract** | |
| | State the term remaining | **evergreen** | **CareWorks Managed Care Services, Inc.**<br>**405 Duke Drive**<br>**Franklin, TN 37067** |
| | List the contract number of any government contract | | |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **medical insurance contract** | |
| | State the term remaining | **evergreen** | **Center for Medicare & Medicaid Services**<br>**Provider Enrollment**<br>**PO Box 44021**<br>**Jacksonville, FL 32231-4021** |
| | List the contract number of any government contract | **AI209** | |

| Debtor 1 | **Physicians Imaging-Mt. Dora, LLC** | | Case number *(if known)* | **19-03091** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| | | government contract | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **medical insurance provider** | |
| | State the term remaining | **evergreen** | **Global TPA LLC**<br>**Optimum Health/Freedom Healt**<br>**5403 N. Church Avenue**<br>**Tampa, FL 33614** |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **medical insurance contract** | |
| | State the term remaining | **evergreen** | **Humana**<br>**ChoiceCare Network**<br>**PO Box 19013**<br>**Green Bay, WI 54307** |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **medical insuance contract** | |
| | State the term remaining | **evergreen** | **Logistics Health**<br>**328 Front Street South**<br>**La Crosse, WI 54601** |
| | List the contract number of any government contract | | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **medical insurance contract** | |
| | State the term remaining | **evergreen** | **MedSolutions, Inc.**<br>**attn: Network Development**<br>**730 Cool Springs Blvd**<br>**Suite 800**<br>**Franklin, TN 37067** |
| | List the contract number of any government contract | | |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **medical insurance contract** | |
| | State the term remaining | **evergreen** | **One Call**<br>**20 Waterview Blvd**<br>**Parsippany, NJ 07054** |
| | List the contract number of any government contract | | |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance & Monitoring Service Contract** | **Sereine**<br>**2408 Valhalla Drive**<br>**Tavares, FL 32778** |

| Debtor 1 | Physicians Imaging-Mt. Dora, LLC | | Case number *(if known)* | 19-03091 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|   |   |   |   |
|---|---|---|---|
|   | State the term remaining | **evergreen** |   |
|   | List the contract number of any government contract |   |   |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **medical insurance contract** |   |
|   | State the term remaining | **evergreen** | **Streamline Imaging**<br>**PO Box 2127**<br>**Valrico, FL 33595-2127** |
|   | List the contract number of any government contract |   |   |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Technology and Professional Radiology Services** |   |
|   | State the term remaining |   | **Total Medical Imaging, LLC**<br>**c/o Alejandro Bugnone, MD**<br>**20801 Biscayne Blvd**<br>**Suite 403**<br>**Aventura, FL 33180** |
|   | List the contract number of any government contract |   |   |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **medical insurance contract** |   |
|   | State the term remaining | **evergreen** | **TriCare Humana Military**<br>**attn: IDTF Contracting**<br>**1381 S. Patrick Drive**<br>**Blgd. 1380**<br>**Patrick AFB, FL 32925** |
|   | List the contract number of any government contract | 1629294681 |   |
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **medical insurance contract** |   |
|   | State the term remaining | **evergreen** | **United Healthcare of Florida**<br>**Street 10151**<br>**Deerwood Park Blvd.**<br>**Bldg 100, Suite 420**<br>**Jacksonville, FL 32256** |
|   | List the contract number of any government contract |   |   |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **medical insurance contract** |   |
|   | State the term remaining | **evergreen** | **WellMed Network of Florida**<br>**8637 Fredericksburg Road**<br>**Suite 360**<br>**San Antonio, TX 78240** |
|   | List the contract number of any government contract |   |   |

**Fill in this information to identify the case:**

Debtor name: **Physicians Imaging-Mt. Dora, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): **19-03091**

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**      *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street / City / State / Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street / City / State / Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street / City / State / Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street / City / State / Zip Code | | ☐ D<br>☐ E/F<br>☐ G |